1  ROBERT A. DOTSON, ESQ.
   Nevada State Bar No. 5285
2  LAXALT & NOMURA, LTD.
   50 West Liberty Street, Suite 700
3  Reno, Nevada 89501
   (775) 322-1170
4
5  Attorneys for Defendants
   DEFENSE TECHNOLOGY CORPORATION
6  OF AMERICA, a Delaware corporation;
   and ARMOR HOLDINGS, INC., a Florida corporation
7
8
9
                    **IN THE UNITED STATES DISTRICT COURT**
10
11                      **FOR THE DISTRICT OF NEVADA**
12

13  LINDA S. HILTON and CARY L. HILTON,          Case No. CV-N-01-0629-HDM-RAM

14                      Plaintiffs,

15          vs.                                   **DISCLOSURE OF EXPERT**
                                                  **WITNESS**
16
    OMNI DISTRIBUTION, INC., a Tennessee
17  corporation; DEFENSE TECHNOLOGY
    CORPORATION OF AMERICA, a Delaware
18  corporation; ARMOR HOLDINGS, INC., a
    Florida corporation; DEFENSE
19  TECHNOLOGY CORPORATION OF
    AMERICA, a Wyoming corporation; XM
20  CORPORATION, a Wyoming corporation;
    successors in interest to DEFENSE
21  TECHNOLOGY CORPORATION OF
    AMERICA, a Wyoming corporation; ROBERT
22  L. OLIVER; and SANDRA OLIVER
23
24                      Defendants.
25

26          COME NOW, Defendants, DEFENSE TECHNOLOGY CORPORATION OF AMERICA,

27  a Delaware corporation; and ARMOR HOLDINGS, INC., a Florida corporation, by and through

28
LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 700
RENO, NEVADA 89501

their counsel, LAXALT & NOMURA, LTD., hereby designates the following individual who may offer expert testimony in the above-captioned matter.

1.   Major Steve Ijames
     Springfield Police Department
     321 E. Chestnut Expressway
     Springfield, MO 65802
     (417) 864-1754

     Residence Address
     515 E. Charles Street
     Republic, MO 65738
     (417) 732-9148

Major Ijames is expected to testify regarding his investigation of the facts and circumstances surrounding this incident, including but not limited to the information contained within his previously produced report to the State of Nevada Division of Investigation and his review of the involved device from design, manufacturers, and warning aspects. Major Ijames is also expected to testify to the opinions he has reached as set forth in the attached report. Major Ijames Curriculum Vitae is attached hereto as Exhibit "B".

DATED this 8 day of May, 2003.

LAXALT & NOMURA, LTD.

By: _____ for
ROBERT A. DOTSON, ESQ.
Nevada State Bar No. 5285
50 W. Liberty Street, Suite 700
Reno, Nevada 89501
(775) 322-1170

Attorneys for Defendants
DEFENSE TECHNOLOGY CORPORATION OF
AMERICA, a Delaware corporation; and ARMOR
HOLDINGS, INC., a Florida corporation

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that on the 8th day of May, 2003, I caused to be served a true and correct copy of the DISCLOSURE OF EXPERT WITNESS by:

[ X ]   Mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

[   ]   Personal delivery by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

[   ]   Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[   ]   Federal Express or other overnight delivery.

[   ]   Reno/Carson Messenger Service

addressed as follows:

Peter D. Durney
Durney & Brennan, Ltd.
691 Sierra Rose Drive, Suite A
Reno, NV 89511
*Attorneys for Plaintiff*

R. Scott Baker
Badger & Baker
312 W. Third Street
Carson City, NV 89703
*Attorneys for Plaintiff*

Wayne A. Shaffer, Esq.
419 Flint Street
Reno, NV 89501
*Attorneys for Defendant Omni Distribution, Inc.*

Robert D. Meyers, Esq.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
*Attorneys for Defendant Omni Distribution, Inc.*

An employee of Laxalt & Nomura, Ltd.

*EXHIBIT "A"*

I am Major Steve Ijames, Investigations Division Commander with the Springfield, Missouri Police Department.

I have been retained to give expert testimony in the above styled case, on behalf of Armor Holdings/Defense Technology, and Omni Distribution. My compensation for study, preparation, consultation, and testimony is as follows:

Case review, study, preparation, and consultation are billed at $175.00 per hour.

Time spent in travel and/or providing testimony is billed at $1500.00 per calendar day plus actual expenses.

Depositions away from Springfield are billed at $2750.00 plus actual expenses, if my absence from Springfield does not extend beyond one calendar day. Additional days beyond the first are billed at $1500.00 per calendar day plus actual expenses.

I reached my conclusions in this case by reviewing material specific to the incident, and drawing upon the totality of my 25-year full time police experience. The materials reviewed are listed as attachment "A".  My educational background, training, operational experience, and qualifications are listed as attachment "B".


## OVERVIEW

On April 28, 2001, a joint SRT Competition was held at the NNCC, and involved a number of correctional SRT and Sheriffs units. A Lovelock Correctional Center Memorandum dated 2-25-01 details the nature of the competition and notes that, "flash bangs and other stuff will be used". Corrections Officer Linda Hilton was a participant, and during the exercise an Omni Blast 100 distraction device severed her right hand.


## CONSIDERATIONS

The videotapes reviewed appear to be copies of the originals. The lack of clarity and angles of view make it impossible to positively observe what C.O. Hilton does as she handles the Omni device. It is however readily apparent that she is holding a police baton and the NFDD in her hands at the same time, and that there is movement involving both arms just prior to the ignition of the device.

Frame by frame review reveals that a small item can be seen falling from the left side of C.O. Hilton, and landing near her left heel. This is almost certainly the NFDD spoon, and the appearance of this item is followed approximately three seconds later by the ignition of the device. The appearance of the spoon indicates the ignition sequence has begun, and continued intimate contact with the bursting canister device will have a predictable injury outcome.

The length of delay appears slightly outside of specification for the fuze (M201-A1 average delay is .7 to 2.0 seconds). Deviations such as this are uncommon and not operationally desirable, but in the immediate case this would have been more positive than negative. The longer delay would have given the officer a better opportunity to release the device prior to ignition; unfortunately, this did not occur.

The photographs of the four devices recovered at the scene suggest the following:

1. Three of the devices ignited in the absence of external compression. They are identified as those with a significant amount of the plastic NFDD body still attached to the fuze.
2. The remaining (4th) device ignited under external compression that exceeded the other three.  External compression increases the blast pressure/effect, which manifests itself by destroying more of the plastic body than the devices that ignited in the absence of such compression.
3. The external compression was almost certainly caused by C.O. Hilton gripping the device with her hand.

Noise flash diversion devices generate a significant amount of energy, and by their nature create a risk of serious injury when handled by those who are not properly trained. The risk is enhanced when the devices are used in multi tasking and/or dynamic situations, such as the high stress competitive environment found in the immediate case.

## Opinions

It is my opinion that:

The Omni Blast 100 distraction device is properly designed.

The Omni Blast 100 distraction device is a safe and effective less lethal force option, when properly used by adequately trained personnel.

Armor Holdings/Defense Technology and Omni Distribution offer

adequate warnings concerning the Omni Blast 100 distraction device; specifically focused on the absolute need to have proper training prior to deployment and use.

Armor Holdings/Defense Technology and Omni Distribution offer excellent training programs, specifically geared towards preparing the operator in the safe and effective use of the Omni Blast 100 distraction device.

C.O. Linda Hilton was inadequately and improperly trained in the deployment and use of the Omni Blast 100 distraction device.

The Omni Blast 100 distraction device in the immediate case appears to have performed as designed and intended, with the exception of the previously noted "long" ignition delay.

The injuries sustained by Ms. Hilton are the direct result of:
1. The supervisory process that caused/allowed the device to come into the hands of an untrained operator.
2. Ms. Hiltons mishandling of the device.


Respectfully Submitted,


_____

Major Steve Ijames
515 E. Charles Street
Republic, Mo. 65738

## RULE 26 DISCLOSURES

Pursuant to Rule 26 (a) (2) (B) of the Federal Rules of Civil Procedure, I am disclosing the following publications and articles I have authored:

1. "Training and Tactics for Resolving the Covered Pile", The Tactical Edge Magazine, Vol. 10, No. 2, Spring, 1992

2. "Crosshairs-The Tactical Edge Zeros in on the Springfield Missouri Police Crisis Action Team", The Tactical Edge Magazine, Vol. 10, No. 2, Spring, 1992

3. "Preparing for the Big Bang", The Tactical Edge Magazine, Vol. 11, No. 1, winter 1993

4. "The Cat House: Creating the Terry L. Knowles Live-Fire Training Facility", The Tactical Edge Magazine, Vol. 11, No. 3, summer 1993

5. "Less Lethal Force: Concepts and Considerations in the De-escalation Philosophy", The Tactical Edge Magazine, Vol. 13, No. 3, summer 1995

6. "Less Lethal Projectiles: Seeking a Balance", The Tactical Edge Magazine, Vol. 14, No. 4, fall 1996

7. "Testing and Evaluating Less Lethal Projectiles", The Tactical Edge Magazine, Vol. 15, No. 2, Spring 1997

8. "Critical Incident Problem Solving: The Pre-incident Planning Model", The Police Chief Magazine", Vol. LXIV, No. 3, March 1997

9. "Testing and Evaluating Less Lethal Projectiles-Part 2", The Tactical Edge Magazine, Vol. 15, No. 3, Spring 1997

10. "Less Lethal Force Options: Tactics, Training and Technology for Unconventional Encounters", The Police Chief    Magazine", Vol. LXV, No. 3, March 1998

11. "Critical Incident Problem Solving: removing surprise and    indecision from the tactical operations vocabulary", The Tactical Edge Magazine, Vol. 16, No. 2, spring 1998

12. "Chemical Agents-Barricade Resolution Through Space Deprivation", The Tactical Edge Magazine, Vol. 16, No. 4, Fall 1998

13. "Less Lethal Force Options", Law and Order Magazine, Vol. 46, No. 12, December, 1998

14. "Less Lethal-Emerging Trends in a Hot Environment", The Tactical Edge Magazine, Vol. 17, No. 1, Winter 1999

15. "Less Lethal Trends-Revisiting a Canadian Incident", The Tactical Edge, Vol. 18, No. 2, Spring 1999

16. "Force Options and Legal Challenges", The Tactical Edge, Vol. 18, No. 3, Summer 1999

17. "Engagements-Tactics and Training for the Unconventional Encounter", The Law Enforcement Trainer, Vol. 14, No. 6, November/December 1999

18. "Trends and Technologies in the Less Lethal Realm", The Tactical Edge, Vol. 18, No. 1, Winter, 2000

19. "Trends and Technologies in the Less Lethal Realm", The Tactical Edge, Vol. 18, No. 2, Spring, 2000

20. "Less Lethal Projectile Tests", The Tactical Edge, Vol. 18, No. 3, Summer, 2000

21. Co-authored, Penn State Applied Research Laboratory, Human Effects Advisory Panel, "Crowd Behavior, Crowd Control, and the Use of Non-Lethal Weapons", January 1, 2001, fulfilling USMC contract #M67004-99-D-0037-0001

22. "Impact in the Field", Police Magazine, July, 2001

23. "Hand Held Lightning", Police Magazine, September, 2001

24. "Zeroing in on Accuracy: Managing the Potential for Impact Projectile Deaths and Serious Injuries", Police and Security News, November, 2001

25. "Noise/Flash Diversionary Devices: Deployment Considerations and the Prevention of NFDD Related Injuries", Police and Security News, November, 2001

26. "Logic, Layout, and Longevity: Jumping Into the Live Fire Training House Environment", Police and Security News, May, 2002

27. "Less Lethal Impact-10 Things a Chief Needs to Know", Law and Order Magazine, August, 2002

28. "Chemical Munitions Deployment-Zeroing in on Barricade Resolution", Police and Security News, September/October, 2002

29. "Forcible Entry Equipment and Techniques", Police and Security News, November/December, 2002

30. "Chemical Munitions Deployment, Thoughts and Considerations for Use in Public Disorder"

Pursuant to Rule 26 (a) (2) (B) of the Federal Rules of Civil Procedure, I am disclosing the following cases in which I have testified as an expert at trial or deposition in the preceding four years:

> Darrell G. Blankenship v. J. Michael Hunter, Olan Hicks, Steve Whitney, and Christian County, Missouri. U.S. Dist. Court Case No. 96-3260-CV-S-RGC, deposition.
> Berntt v. City of Vancouver, British Columbia, Canada, trial.
> Lloyd Duane Shepard v. Gary Allen et al., Case No. 97-3053-KHV, deposition and trial.
> Estate of Patrick Harold Harville and Janet Harville v. City of Ottumwa, Iowa et al. Law No.: 4-98-CV-90081, deposition and trial.
> Nicholas C. Omdahl, et al. V. Polk County , et al. Case No 96 C 813 C, deposition.
> Darrell G. Blankenship v. J. Michael Hunter, Olan Hicks, Steve Whitney, and Christian County, Missouri. U.S. Dist. Court Case No. 96-3260-CV-S-RGC, trial.
> Coroners inquest into the death of Walter F. Pagel, Winnebago County Circuit Court, Osh Kosh, Ws. February 23, 2000.
> Marvin R. Anthony, Sr., etc. vs. Chase Vaccaro, et al. Case No. 4:98 CV 1567; U.S. District Court, deposition.
> Leslie L. Green, Administrator of the Estate of Christie D. Green v. Armor Holdings, Inc., et al, deposition
> Randall Phalp, et al v. City of Overland Park, et al., deposition
> Jeffrey Knepper v. City of Tucson, deposition
> Jeffrey Knepper v. City of Tucson, jury trial

Respectfully Submitted,

Major Steve Ijames
515 E. Charles Street
Republic, Mo. 65738

## Attachment-A

**The following material was examined during the course of my review:**

1. Various Video tapes of the training exercise and incident (various speeds)
2. Lovelock Correctional Memorandum
3. OMNI 100 specification sheet
4. Photographs of Hiltons uniform and the NFDD's used
5. Hand drawn formation sheet
6. Correction officer basic training curriculum
7. Special response team competition exam
8. Hiltons training records
9. Deposition  of Kevin Duyn
10. Deposition of Robert Finoimoana
11. Deposition of Benjamin Oram
12. Deposition of Chad Rigney
13. Deposition of Matthew Wightman
14. Deposition of Patrick Conmay
15. Deposition of Steven von Rumpf
16. Dave Dubays file regarding Michelle Stebbins
17. Deposition of Linda Hilton
18. Deposition of Donald Hansell
19. Depositions of Dave Dubay, September 02, and April 03
20. Deposition of Bill Nixon
21. Deposition of John Hultman
22. Deposition of John Kapeles
23. Deposition of Samual Chapman
24. Deposition of Stephen Clark
25. Deposition of Starlin Gentry
26. Deposition of Ramon Olivas
27. Desposition of Kirk Widmar
28. Deposition of Bill Moles
29. Deposition of Charles Davis
30. Deposition of Mike Cullen
31. Deposition of Christopher Stoecklin
32. Injury photographs of Ms. Linda Hilton

*EXHIBIT "B"*

**Attachment "B"**

# Major Steve Ijames
Springfield Police Department
321 E. Chestnut Expressway
Springfield, Mo. USA 65802

## EDUCATION

- Currently pursuing a combined MBA/MPA graduate degree
- Bachelor of Science degree in Criminal Justice Administration, Drury University
- Graduate, 186th FBI National Academy

## LAW ENFORCEMENT/PROFESSIONAL EXPERIENCE

### Poplar Bluff, Missouri Police Department

- April 1979 through February 1981-Patrol Officer
- February 1981 through August 1982-Narcotics Detective

### Springfield, Missouri Police Department

- August 1982 to January 1983-1000 hour police academy training
- January 1983 to September 1985-uniformed patrol
- September 1985 to October 1987-undercover narcotics
- October 1987 to July 1988-uniformed patrol
- July 1988-Detective-criminal investigations
- September 1989-Sergeant-criminal investigations
- April 1990-Crisis Action Team leader (SWAT)
- December 1992-Lieutenant, Special Operations Commander
- October 1995-Captain. Uniformed Operations Division
- July 1998-Major, Operations Division Commander
- June 2001-Major, Investigations Division Commander

## INSTRUCTOR/TRAINER RATINGS

- Defense Technologies-Noise/Flash Diversionary Device, Chemical Munitions, Aerosol Chemical Munitions, Impact Projectile-**Instructor/Trainer**
- National Tactical Officers Association (NTOA) Noise/Flash Diversionary Device, Chemical Munitions, Impact Projectile-**Instructor/Trainer**
- International Association of Chiefs of Police (IACP), Noise Flash Diversionary Devices,

Chemical Munitions, Impact Projectiles-**Instructor/Trainer**
- M26 Advanced Taser-**Instructor/Trainer**

## INSTRUCTOR RATINGS-CERTIFICATIONS

- PR24 Instructor
- Missouri Department of Public Safety-Generalist and Specialist Instructor
- Los Angeles Sheriffs Department-Noise/Flash Diversionary Device Instructor
- Missouri State Highway Patrol-Firearms Instructor
- Heckler and Koch International/MP-5 Submachine Gun Instructor
- Oklahoma Miner Training Institute-Certified Explosives Surface Blaster
- Heckler and Koch/Glock Weapons System Armorer

## INTERNATIONAL TRAINING/PROFESSIONAL EXPERIENCE

- **Instructor:**
  United States Department of Justice ICITAP Program. Implemented the Somali National Police Convoy/Escort training program, **Mogadishu, Somalia**, June 1994.
- **Instructor:**
  United States Department of Justice ICITAP Program. Advance team member tasked with assisting in the planning and implementation of the Haitian National Police training program, **Port Au Prince, Haiti**, September, 1994.
- **Instructor:**
  United States Department of Justice ICITAP Program. Instructor Coordinator, assisting in the direction of training activities and logistical support for the 24 member international instructor cadre, providing the interim Haitian Police training, **Port Au Prince, Haiti**, October/November, 1994.
- **Lead Instructor:**
  National Tactical Officers Association 1996 European Less Lethal Force Training Program, presenting to SWAT officers from **London, Amsterdam, Brussels, Dussledorf and Nuremberg**, March 1996.
- **Lead Instructor:**
  National Tactical Officers Association 1997 European Less Lethal Force Conference, **Amsterdam and Belfast, Northern Ireland.** Providing less lethal force training for officers from 17 European countries.
- **Instructor:**
  United States Department of Justice ICITAP Program. Lead instructed numerous command and less lethal force topics during the Civil Disorder Management Course for Federation Police Commanders,

**Sarajevo, Bosnia**, June, 1998

- **Evaluator:**

    Commissioned by the United States Department of Justice ICITAP Program, to conduct an in depth site evaluation of the Haitian National Police Public Disorder Unit (CIMO). The evaluation addressed organization/structure, training, equipment, tactics, and offered recommendations for future US Government assistance-**Port Au Prince, Haiti**, July, 1998.

- **Assessor:**

    Commissioned by the United States Department of Justice ICITAP Program, to conduct an on site review/assessment of the National Police of El Salvador Special Weapons and Tactics Program, **San Salvador, El Salvador**, November, 1998.

- **Evaluator:**

    Commissioned by the United States Department of Justice ICITAP Program, to conduct an on sight evaluation and performance critique of the Public Order Unit of the National Police Force of Ghana, **Accra, Ghana-West Africa,** July 1999.

- **Lead Instructor:**

    United States Department of Justice ICITAP Program, Lead Instructor for the Public Order Supervision and Management Training Program, provided for the command element of the Haitian National Police CIMO Unit, **Port Au Prince, Haiti**, June, 1999.

- **Featured Presenter:**

    Janes International Less Lethal Weapons Conference, **London, England**, November 2/3, 1999

- **Evaluator:**

    Commissioned by the Police Executive Research Forum (PERF) as a Use of Force/Officer Involved Shooting/Homicide Suppression subject matter expert, for an on site evaluation of the Jamaican Constabulary Force (JCF). **Kingston and Ocho Rios, Jamaica**, October, 2000.

- **Featured Presenter:**

    Janes International Less Lethal Weapons Conference, **Edinburgh, Scotland,** December 12-16, 2000

- **Evaluator:**

    Commissioned by the International Association of Chiefs of Police to observe and evaluate the public order management of 35,000 protestors at the Summit of the Americas. **Quebec City, Canada,** May 1-3, 2001.

- **Lead Instructor:**

    United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Supervision and Management Training Program, provided for the Timorese National Police, **Dilli, East Timore-SE Asia,** March, 2002.

**Evaluator:**

> Commissioned by the International Association of Chiefs of Police, to observe and evaluate the public order management process of the G8 Summit, **Ottawa, Canada,** June 25/27-2002.

- **Keynote Address:**

> Janes International Less Lethal Weapons Conference, **Manchester, England**, September 2002.

- **Lead Instructor:**

> United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Command, Supervision, and Management Training Program, provided for the Tanzanian National Police, **Dar es Elam, Tanzania**, November/December, 2002.

- **Lead Instructor:**

> United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Line Officer Training Program, provided for the Tanzanian National Police, **Kilimanjaro/Moshi, Tanzania, March/April, 2003**

# TRAINING/PROFESSIONAL EXPERIENCE

- **Lead Instructor/Program Developer:**

> IACP-Less Lethal Force Instructor/Trainer Program-addressing impact projectiles, chemical munitions, and noise/flash diversionary devices
> IACP-Rapid Deployment to High Risk Situations
> IACP-Contemporary Patrol Administration Program
> NTOA-Less Lethal Force Instructor/Trainer Program-addressing impact projectiles, chemical munitions, and noise/flash diversionary devices

- **Instructor:**

> IACP-SWAT Supervision and Management Program
> IACP-Advanced Critical Incident Management Program

- **Primary Instructor:**

> National Tactical Officers Association Conferences in 1992, 1993, 1994, 1995, 1996, 1997, and 1999, teaching hostage rescue, less lethal force options, and MP5 submachine gun.

- **Featured Instructor:**

> Law Enforcement Television Network (LETN), Less Lethal Force Options in High Risk Incidents, 1993 and 1996. These programs were viewed by thousands of police officers throughout the United States via satellite.

- **Featured Presenter:**

> International Association of Chiefs of Police (IACP) Annual Conferences, 1995 (Miami), 1997 (Orlando), 2000 (San Diego) addressing use of force and less lethal force options and the de-escalation

philosophy.

- **Featured Presenter:**

    International Association of Law Enforcement Firearms Instructors (IALEFI) International Conferences, 1996 and 1997, addressing use of force and less lethal force options.

- **Featured Presenter:**

    American Society of Law Enforcement Trainers (ASLET) National and International Conferences, 1998 and 1999, addressing use of force and less lethal force options.

- **Featured Presenter/Instructor:**

    The International SWAT Roundup Training and Competition, Orlando, Florida, 1997, 1998, 1999, 2001, addressing use of force and less lethal force options.

- **Featured Presenter/Instructor:**

    The Illinois Tactical Officers Association State Conference, 1999 and 2002, addressing impact projectile use and deployment.

- **Featured Presenter:**

    National Defense Industrial Association (NDIA) International Conference on Non-Lethal Munitions, addressing use of force and less lethal force options, Washington, DC, March, 2000.

- **Presenter/panelist:**

    Penn State University Applied Research Laboratory, Human Effects Advisory Panel on Less Lethal Projectiles and Crowd Control, Orlando, Florida, September 2000.

- **Featured Presenter:**

    United States Army Less Lethal Weapons/Public Order Management  Instructor/Trainer Program, **Fort Leonard Wood,** June 2002.

- **Consultant:**

    United States Army Less Lethal Weapons Policy/Procedure Development panel, addressing the creation of a new policy manual for US Army use of impact round technology in operations "Other Than War" (OTW), **Fort Leonard Wood**, July 2002.

- **Section Chair-Contemporary Operational and Technology Limits:**

    Penn State University Applied Research Laboratory, 2nd Annual International Conference on Minimal Force Options, State College, PA. October, 2002

- **Keynote Address:**

    Non-lethal Technology and Academic Research Symposium, International Public Order Training-Impact Rounds, International Acceptability, and Lessons Learned in the Operational Realm, San Diego, Ca., November 2002.

- **Featured Presenter:**

    Barksdale Air force Base, Critical Response Seminar, Addressing High Risk Incident Training and Preparation, Bossier City, La. December, 2002.

- **Adjunct Instructor:**
  - Drury College Law Enforcement Training Academy, Springfield, Missouri.
  - Indian Meridian Law Enforcement Training Center, Stillwater, Oklahoma.
  - University of Missouri Law Enforcement Training Center, Columbia, Missouri.
  - University of North Texas Police Academy, Denton, Texas.
  - Barton County Community College, Great Bend, Kansas.
  - Missouri State Highway Patrol Academy, Jefferson City, Missouri.
  - Nebraska Law Enforcement Training Academy, Grand Island, Nebraska.
- **Programs:**

   I have trained thousands of officers around the world since 1986, on a variety of law enforcement topics, including:
  - supervision and management of special weapons teams
  - chemical munitions and aerosols
  - patrol response to high-risk incidents
  - fundamental and advanced SWAT concepts
  - selection, evaluation, and deployment of less lethal force options
  - use of explosives in law enforcement
  - hostage rescue
  - noise flash diversionary devices
  - vehicle assaults
  - executive protection/dignitary escort
  - stopping and approaching vehicles
  - narcotic and dangerous drug investigations
  - use of force/de-escalation/level of force continuum

- **Expert Testimony:**

   I have consulted/provided expert testimony on numerous cases at the local, state, national, and international level, addressing topics such as:
  - Use of force and excessive force
  - Use of noise flash diversionary devices and related damage/injuries
  - Swat team search warrant service
  - Automatic weapons
  - ARWEN use and deployment
  - Officer involved shootings
  - Less lethal force options
  - Hostage rescue tactics
  - Excessive force used in the custody environment

- Mandatory use of Oleoresin Capsicum in training
- OC use and deployment

- Less lethal projectile injuries
- SWAT tactics in barricade resolution
- Negligent hiring, training, retention

## OPERATIONAL EXPERIENCE

- Operations and Investigations Division Commander, directing the activities of over 350 employees, with an annual budget in excess of 12 million dollars. These commands included the direct review of over 200 use of force incidents each year.   Division officers are assigned to the following sections:
  1. Uniformed Patrol
  2. Traffic
  3. SWAT
  4. Crisis Negotiators
  5. K-9
  6. Community Policing
  7. DARE/Crime Prevention
  8. Police Reserves
  9. Community volunteers
  10. Criminal Investigations
  11. Narcotics Investigations

- Crisis Action Team founder and team leader/supervisor/commander since its inception. The team is a full time tactical unit that is recognized throughout the nation for its performance and dedication to training and professionalism.  I have participated in, supervised, and/or reviewed my teams operational role in:
  A. Over 1500 narcotic/high risk search warrants.
  B. The resolution of over 200 barricaded suspect incidents.
  C. The resolution of eight hostage situations-three requiring rescue entries, and two requiring a police long rifle marksman.

## PROFESSIONAL ACCOMPLISHMENTS

- Awarded the American Police Hall of Fame, "Silver Star for Bravery", for the neutralization of an armed hostage taker during a rescue entry into a convenience store.
- Appointed to the National Tactical Officers Associations (NTOA) Board of Directors, 1993, 1994, 1995, 1996, 1997, 1998.
- Recipient of the 1995 National Tactical Officers Association Award of Excellence, the organizations highest honor.
- Appointed chair of the National Tactical Officers Association (NTOA) Less Lethal

Force section, 1998, 1999, 2000.

- Appointed as an Editorial Advisor for Police Chief Magazine, Journal of the International Association of Chiefs of Police (IACP), 1998.
- Appointed to the NTOA Less Lethal Force "Delphi Group", consisting of 25 experts in the field of use of force, tasked with creating a "model policy" for the training and deployment of less lethal projectiles.
- Authored numerous articles in international law enforcement trade magazines, including the NTOA magazine The Tactical Edge, the IACP magazine The Police Chief, Police  and Law and Order, and Police and Security News magazines, addressing such topics as hostage rescue, explosives in law enforcement, live fire shooting house construction, Less Lethal Force Options, Chemical Agents, Forced Entry, Noise/flash diversionary devices, Taser technology, and command level decision making in crisis situations.
- Appointed to the Post Certification Governing Board, law Enforcement Continuing Education, Southwest Missouri State University-1996.
- Appointed to the National Institute of Justice review panel for Less Lethal and Technology Research grants-1998, 1999.
- Appointed Chairmen of the Board, American Board of Law Enforcement Experts, American College of Forensic Examiners (ACFE), 1998.
- Awarded Diplomat Status, American Board of Law Enforcement Experts, American College of Forensic Examiners (ACFE), 1998.
- Tactical consultant for the Paramount Pictures version of the Tom Clancy novel, Rainbow Six, December 1999.
- Selected as a subject matter expert by the International Association of Chiefs Police (IACP), to participate in the process of creating Model Policies for SWAT Teams and their related Operations. June, 2000.

## **PROFESSIONAL ORGANIZATION AFFILIATION**

- International Association of Chiefs of Police (IACP)
- National Tactical Officers Association (NTOA)
- FBI National Academy Associates (FBINAA)
- American College of Forensic Examiners (ACFE)
- International Association of Law Enforcement Firearms Instructors (IALEFI)
- American Society of Law Enforcement Trainers (ASLET)

# CONTACT INFORMATION

**Residence**
- 515 East Charles Street
  Republic, Mo. 65738

**Office**
- Springfield Police Department
  321 E. Chestnut Expressway
  Springfield, Mo. 65802

  417-732-9148 Home
  417-864-1754 Office
  417-864-1704 Fax
  lesslethal@Aol.com