1 | ROBERT A. DOTSON, ESQ.
Nevada State Bar No. 5285
2 | LAXALT & NOMURA, LTD.
50 West Liberty Street, Suite 700
3 | Reno, Nevada 89501
(775) 322-1170
4 |



5 | Attorneys for Defendants
DEFENSE TECHNOLOGY CORPORATION
6 | OF AMERICA, a Delaware corporation;
and ARMOR HOLDINGS, INC., a Florida corporation
7 |

8 |

9 |

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE DISTRICT OF NEVADA

12 |

13 | LINDA S. HILTON and CARY L. HILTON,          Case No. CV-N-01-0629-HDM-RAM

14 | Plaintiffs,

15 | vs.                                          **DISCLOSURE OF REBUTTAL**
                                                 **EXPERT WITNESSES**
16 |

17 | OMNI DISTRIBUTION, INC., a Tennessee
corporation; DEFENSE TECHNOLOGY
18 | CORPORATION OF AMERICA, a Delaware
corporation; ARMOR HOLDINGS, INC., a
19 | Florida corporation; DEFENSE
TECHNOLOGY CORPORATION OF
20 | AMERICA, a Wyoming corporation; XM
CORPORATION, a Wyoming corporation;
21 | successors in interest to DEFENSE
TECHNOLOGY CORPORATION OF
22 | AMERICA, a Wyoming corporation; ROBERT
L. OLIVER; and SANDRA OLIVER
23 |

24 | Defendants.

25 |

26 | COME NOW, Defendants, DEFENSE TECHNOLOGY CORPORATION OF AMERICA,

27 | a Delaware corporation; and ARMOR HOLDINGS, INC., a Florida corporation, by and through

28 |



their counsel, LAXALT & NOMURA, LTD., and hereby designate the following individual who

may offer rebuttal expert testimony in the above-captioned matter.

1.    Ed Howden
       Ed Howden and Associates
       100 W. Grove Street, Suite, 412
       Reno, NV 89509

Mr. Howden will provide testimony to rebut that offered by Wilcher Van Dyck &

Associates, concerning Officer Hilton's vocational rehabilitation, past and future employment and

related matters, more particularly described in his report, attached hereto as Exhibit "A." Attached

hereto as Exhibit "B" are Mr. Howden's CV and related documents."

DATED this 9th day of June, 2003.

LAXALT & NOMURA, LTD.

By:    _____
          ROBERT A. DOTSON, ESQ.
          Nevada State Bar No. 5285
          30 W. Liberty Street, Suite 700
          Reno, Nevada 89501
          (775) 322-1170

Attorneys for Defendants
DEFENSE TECHNOLOGY CORPORATION OF
AMERICA, a Delaware corporation; and ARMOR
HOLDINGS, INC., a Florida corporation



AND ASSOCIATES / VOCATIONAL REHABILITATION CONSULTANTS

email: howden@pyramid.net

**RENO - MAIN OFFICE**
100 WEST GROVE STREET, SUITE 412
RENO, NEVADA 89509
775/826/8833
FAX/826/8913
800/934/0428

June 5, 2003
**Report #1**
**VOCATIONAL REPORT**

**Robert Dotson, Esq.**
**Laxalt & Nomura, Ltd.**
Attorneys at Law
50 West Liberty Street, Ste. 700
Reno, NV 89501

**RE:   Linda Hilton**

Dear Mr. Dotson, Esq.:

At your request, I met with you at your office on 6/03/03 to discuss the vocational assessment report dated 4/14/03 submitted by Kimberly A. Van Dyck, CRC. I was provided a copy of this report; Mrs. Van Dyck's resume and vocational expert listing, Report of 4/23/03 by Kelly Wilcher, RN, and her resume.

I was asked to offer an opinion related to Mrs. Hilton's projected future employment based on Mrs. Van Dyck's assessment and reporting. On 6/04/03 I contacted the Northern Nevada Restitution Center, inquired as to Mrs. Hilton's status and was advised that she was doing quite well but needed further prosthetic adjustment.

Linda Hilton sought and gained employment with the Nevada Department of Prisons and began her career as a Correctional Officer Trainee in 1997 and continued in that position through August 2001. She maintained a career path with the Department of Corrections moving into Correctional Case Work as a Specialist Trainee in August of 2001. She continued in this position transferring to the Warm Springs Correctional Center in Carson City Nevada in January of 2002 gaining Specialist I status in August 2002. In February 2003 to present Mrs. Hilton has continued employment as a Correctional Case Work Specialist I at the Northern Nevada Restitution Center in Reno Nevada.

My research and 20 experience in working with injured individuals in the field of corrections provides a basis for my opinion that Linda Hilton continues in her career path given her education and prior work experience. I have identified no documentation or information that would suggest that Mrs. Hilton would or should consider interruption of that career path within the next 10 years, nor prior to achieving retirement status with the Nevada Department of Prisons.

Despite the severity of Mrs. Hilton's injury, her employer at time of injury provided an alternate career path opportunity compatible with Mrs. Hilton's permanent medical restrictions. Given the work experience as a Correctional Case Work Specialist for nearly 2 years, Mrs. Hilton demonstrates the skills and ability for that position for similar type jobs in either the public or private sector. She has continued to increase her income despite her injury.

Mrs. Hilton abandoned an educational program and has developed a long-term career path in the field of corrections. There is no indication in Mrs. Van Dyck's report that Mrs. Hilton's position requires POST re-certification every 6 months. There was no information offered suggesting that the earning potential for the career path of Correctional Officer could or would offer future income to exceed career path earnings of a Case Work Specialist I.

EXHIBIT
A

Robert Dotson, Esq.                                            June 5, 2003
Re: Linda Hilton                                            Vocational Report


**PROFESSIONAL OPINIONS**

1.  Mrs. Hilton suffered a severe and traumatic injury resulting in amputation of her right hand at the wrist on 4/28/01 qualifying her for vocational rehabilitation.

2.  Mrs. Hilton would be entitled to the development of a vocational rehabilitation program intended to maximize her earning potential if she were to be separated from the Department of Prisons. This rehabilitation process could result in substantial increase of Mrs. Hilton's earning potential intended to equal or exceed her current earning potential.

3.  The stated long term goal of vocational nursing should be abandoned in any consideration of a return to work plan as the earning in that position fall well below Mrs. Hilton's current earning potential.

4.  Since Mrs. Hilton currently maintains her position with the State of Nevada Department of Prisons/Corrections and there is no documentation suggesting problems in performing her assignments, I do not believe she would encounter extreme difficulty in obtaining employment using her current and existing skills.

5.  Mrs. Hilton has overcome her disabling condition and continued on a career path and economic upward mobility path. She has demonstrated the ability to compete in the world of work offering no indicators that she would experience a significant wage loss should she choose to seek employment in the private sector.


This report is a summary of the activities performed in my assignment thus far. It is possible that further information may be reviewed and evaluation data may take place prior to trial. This report reflects my opinion based on my activities to date.

Sincerely,

Edward A. Howden, C.R.C., C.D.M.S., C.C.M.
Certified Rehabilitation Counselor

cc:     File

EAH/tkg

2



AND ASSOCIATES / VOCATIONAL REHABILITATION CONSULTANTS

email: howden@pyramid.net

RENO - MAIN OFFICE
100 WEST GROVE STREET, SUITE 412
RENO, NEVADA 89509
775/826/8833
FAX/826/8913
800/934/0428

## EDWARD A. HOWDEN

**PROFESSIONAL EXPERIENCE:**

**7/86 – Present**
**President, Ed Howden and Associates, Reno, NV**
**Vocational Rehabilitation Consultant/ Counselor**
**Specializing in Nevada, California , Oregon,**
**Washington State, and U.S. Department of Labor**
**Workers' Compensation, Alternative Provider for**
**Social Security Administration**

**1983 - 1986**
**Office Manager,**
**Rehabilitation Consultant/Counselor**
**U.K. & Associates, Reno, NV**

**1982 - 1983**
**Vocational Rehabilitation Consultant/ Counselor**
**U.K. & Associates, Sacramento, CA**

**1981 - 1982**
**Assistant Director, Program Coordinator,  Employee**
**Assistant Consultant**
**New Employment Opportunities of Nevada (NEON),**
**Reno, NV**

**1975 - 1980**
**Vocational Rehabilitation Counselor/ Coordinator**
**Nevada State Bureau of Vocational Rehabilitation,**
**Reno, NV**

**1971 - 1975**
**Teacher and Coach**
**Schools located in Nevada and Australia**

**PROFESSIONAL CERTIFICATION:**
**Certified Rehabilitation Counselor, C.R.C.,**
**Commission of Rehabilitation Counseling, 1835**
**Rohlwing Rd., Suite E, Rolling Meadows, IL  60008.**
**Certificate #14170; 1981 - Current.**



Page Two

Commission for Case Manager Certification, C.C.M., #M010994, The Commission for Case Manager Certification, 1835 Rohlwing Rd., Suite D, Rolling Meadows, IL 60008. 1993-Current.

National Certified Counselor, N.C.C., National Board of Certified Counselors, Inc., #4640. 1983 - 1989.

Certification of Disability Management Specialists Commission, C.D.M.S.C., The Commission on Rehabilitation Counseling Certification, 1835 Rohlwing Rd., Suite E, Rolling Meadows, IL 60008. #00921; 1985-Current.

U.S. Department of Labor, Office of Workers' Compensation, P.O. Box 3769, San Francisco, CA 94119-3769. Rehabilitation Counselor, #13-017; 1985-Current.

EDUCATION:   Bachelor of Science, Education University of Nevada, Reno, 1972.

Orthotics and Prosthetics, U.C.L.A. School of Medicine, 1975.

Psychological Disorders and Rehabilitation, University of Oregon, 1976.

Family Support Counseling and Training, Phase A, B, and C, 1978.

Advanced Counseling in Dysfunctional Sexuality, University of Nevada, Reno, 1978.

Alcohol and Drug Studies Program, University of California, San Diego, 1980.

Hypnosis and Stress Management Program, University of California, San Diego, 1980.

Certification in Sex and Disability Counseling, University of San Francisco, California, 1982.



AND ASSOCIATES / VOCATIONAL REHABILITATION CONSULTANTS

email: howden@pyramid.net

**RENO - MAIN OFFICE**
100 WEST GROVE STREET, SUITE 412
RENO, NEVADA 89509
775/826/8833
FAX/826/8913
800/934/0428

## EXPERT WITNESS/TESTIMONY OFFERED AT TRIAL OR BY DEPOSITION FILE

| | | | |
|---|---|---|---|
| 01-EXT101 | 07/86 | BEARD, MICHAEL | 10/07/86 TEST. |
| 01-EXT106 | 01/87 | BYRD, MIKE | 01/21/87 TEST. |
| 01-EXT113 | 03/88 | O'SHAW, EUGENE | 03/22/88 5 DEP. |
| 01-EXT114 | 02/88 | BOUDREAU, KATHLE | 2/27, 3/02, 3/03/88 DEP. |
| 01-EXT115 | 03/88 | JONES, ROBERT C. | 09/15/88 TEST. |
| 01-EXT118 | 04/88 | DUNLAP, SHERRY | 06/14/88 DEP. |
| 01-EXT120 | 06/88 | CROCKETT, FREDA | 06/23/88 TEST. |
| 01-EXT122 | 07/88 | BRANNUM, DANIEL R. | 07/13/88 DEP. |
| 01-EXT136 | 08/89 | CHADRABA v. BALLYS | 02/20/90 TEST. |
| 01-EXT137 | 04/89 | HARPER v. WILLIAMS | 07/24/89 DEP. |
| 01-EXT138 | 04/89 | VINELLA v. RENO FOOD DIST. INC | 04/27/89 DEP. |
| 01-EXT143 | 07/89 | VIROSTEK, FRANK | 9/20, 10/04, 10/05/89 DEP. |
| 01-EXT144 | 08/89 | SIGSTON, PAUL W. | 01/10/90 DEP. |
| 01-EXT145 | 09/89 | URIBE, EDUARDO | 9/27, 10/26, 10/27/89 DEP. |
| 01-EXT155 | 01/90 | DENNIS JOHNSON v. SPPC | 03/07/90 DEP. |
| 01-EXT157 | 02/90 | OTIS TURNER v. CITY OF RENO | 04/16/90 DEP. |
| 01-EXT163 | 05/90 | BEAVER, TIMOTHY J. | 08/27/90 DEP. |
| 01-EXT164 | 05/90 | HOPPER, RICHARD | 07/13/90 TEST. |
| 01-EXT166 | 06/90 | COPELAND, JACQUELINE | 01/17/91 DEP. |
| 01-EXT167 | 06/90 | BRITTON, ROBERT | 03/05/91 DEP. |
| 01-EXT171 | 08/90 | SILVA v. WILLIAMS | 09/11/90 DEP. |
| 01-EXT172 | 10/90 | REYNOLDS v. BRUNE CONSTR. | 10/23/90 TEST. |
| 01-EXT185 | 03/91 | SHIRLEY, DAKE B. | 10/22/91 TEST. |
| 01-EXT188 | 06/91 | SHAW, SAM | 12/09/94 TEST. |
| 01-EXT189 | 07/91 | GAITHER, LYNN | 12/22/92 DEP. |
| 01-EXT197 | 10/91 | SMITH, SYLVIA | 10/20/91 DEP. |
| 01-EXT199 | 01/92 | MORRIS, JIM | 01/27/92 DEP. |
| 01-EXT204-D | 04/17/92 | MCMAHON JMS WALSH v. ETNA | 06/03/92 TEST. |
| 01-EXT214-D | 09/29/92 | WISE, ROBERT T. | 10/22/92 TEST. |
| 01-EXT216-A | 10/07/92 | HEIDMAN, BRIAN | 01/14/93 TEST. |
| 01-EXT221-D | 04/06/93 | D'HONDT, RONALD | 09/13/93 DEP. |
| 01-EXT222-A | 04/12/93 | JORGENSEN v. BADOMA TRNSP. | 06/29/93 DEP. |
| 01-EXT223-A | | JENKINS, MICHAEL C. | 11/23/93 TEST. |
| 01-EXT231-A | 02/14/94 | M. WILLIAMS v. SPPC | 08/12/94 DEP. |
| 01-EXT240 | 05/27/94 | WALTERS, DELBERT | 06/15/94 TEST. |
| 01-EXT251 | 01/05/95 | SUE L. EMOS v. RENO BUS. CLLG. | 1/5, 2/14, 2/23/95 TEST. |
| 01-EXT252-D | 01/23/95 | GUY BURT v. FITZGERALD'S | 03/10/95 DEP. |
| 01-EXT257-A | 02/06/95 | MAHLUM v. DOW CORNING CORP. | 10/10/95 TEST. |
| 01-EXT259-A | 02/16/95 | COOKE, ROBERT L. | 04/10/95 DEP. |

<u>EXPERT WITNESS/TESTIMONY OFFERED AT TRIAL OR BY DEPOSITION FILE</u>   **PAGE2**

| | | | |
|---|---|---|---|
| 01-EXT268-D | 05/17/95 | SCHMITZ v. MCDONALD'S | 10/12/95 DEP. |
| 01-EXT-278 | 09/25/95 | SHAFFER v. KOMATSU DRESSER | 01/18/96 TEST. |
| 01-EXT-281-D | 11/28/95 | JIMINEZ v. SO. PACIF. TRANS CO. | 04/04/96 DEP. |
| 01-EXT-293-D | 06/03/96 | HENDERSON v. MIRR | 07/02/96 DEP. |
| 01-EXT-296-D | 06/25/96 | SCHUMANSKI v. SCHUMANSKI | 09/12/96 TEST. |
| 01-EXT-305-A | 10/25/96 | THOMPSON, SUSAN L. | 10/18/96 DEP. |
| 01-EXT-306-A | 11/26/96 | MAPLES, JOHNNY L. | 02/10/97 DEP. |
| 01-EXT-310-D | 12/19/96 | GARRETT/SHIELDS | 03/20/97 TEST. |
| 01-EXT-311-A | 12/23/96 | BLAYNEY v. SYLVA | 5/29, 5/30/97 TEST. |
| 01-EXT-318-A | 03/17/97 | JIM KELLY v. SIERRA AT TAHOE | 06/03/97 DEP. |
| 01-EXT-327-A | 06/18/97 | RODRIGO RIVERA v. DOES | 11/06/98 DEP. |
| 01-EXT-333-D | 09/03/97 | GARMS v. TROUP, ET AL | 01/08/98 DEP. 01/16/98 TEST. |
| 01-EXT-345-A | 01/27/98 | ZIEGLER, PETER | 01/19/99 DEP. |
| 01-EXT-352-A | 03/16/98 | MONTY SCHISEL v. SANTE FE | 08/02/99 DEP. 09/08/99 DEP. |
| 01-EXT-357-D | 03/19/98 | MUNTIFERING v. LAZETICH | 04/28/98 DEP. |
| 01-EXT-372-A | 07/28/98 | GOSCHE, SANDRA | 05/04/00 TEST. |
| 01-EXT-377-D | 08/24/98 | NICOLAUS v. WESTSIDE TRANS. | 10/15/98, 12/14/98 DEP. 01/14/99 TEST. |
| 01-EXT-379-D | 09/29/98 | MCLEOD, CHERI v. GARDNER | 10/29/98 DEP. |
| 01-EXT-385-D | 01/11/99 | WYMER v. TRI-VALLEY DIST. | 02/19/99 DEP. |
| 01-EXT-392-A | 03/15/99 | HARSHBARGER v. SPPC | 10/08/02 DEP. |
| 01-EXT-395-A | 07/19/99 | BROWN, LOUISE | 07/06/00 DEP. 10/17/00 TEST. |
| 01-EXT-402-A | 11/03/99 | PIPER, ALISON v. PLOWMAN | 02/03/00 DEP. |
| 01-EXT-403-D | 11/18/99 | TARKINGTON v. SUTTON | 01/20/00 DEP. |
| 01-EXT-406-A | 12/30/99 | PATTERSON, BRENDA | 02/10/00 DEP. |
| 01-EXT-428-D | 10/03/00 | STAMATIS v. SMITH'S FOOD & DRUG CENTER | 06/01/01 DEP. |
| 01-EXT-434-A | 11/22/00 | BRIAN REXWINKEL v. LOOMIS FARGO | 04/30/01 DEP. 05/07/01 SETTELMENT CONFERENCE TEST. |
| 01-EXT-449-D | 04/03/01 | GRIFFIN, RAYMOND | 11/27/01 DEP. |
| 01-EXT-451-D | 04/05/01 | HAINZE, KURT v. AREA TRANSIT MGMT., INC. | 08/01/02 & 08/02/02 DEP. |
| 01-EXT-454-D | 05/30/01 | LACHAUX, GILBERT | 11/20/01 TEST. |
| 01-EXT-457-D | 06/22/01 | CURTIS v. SPPC | 08/20/01 DEP. |
| 01-EXT-461-D | 10/23/01 | BRONNEKE v. RUTHERFORD | 04/17/02 TEST. |
| 01-EXT-462-A | 10/29/01 | JONES, KAREN | 12/17/01 DEP. 06/19/02 TEST. |

## EXPERT WITNESS/TESTIMONY OFFERED AT TRIAL OR BY DEPOSITION FILE     PAGE2

| 01-EXT-467-D | 01/07/02 | BUTCHER v. NEW HOLLAND | 02/12/02 DEP. |
| 01-EXT-468-D | 11/12/01 | FLORIDA CANYON MINES, INC. ads. HOUSTON | 1/16/02, 4/24/02, 6/06/02, 8/15/02 APPEALS |
| 01-EXT-476-D | 06/20/02 | INGRAM, KEITH | 09/05/02 DEP. |
| 01-EXT-484-D | 09/17/02 | LAOSY vs. JONES | 10/18/02 DEP. |
| 01-EXT-485-D | 10/16/02 | AIG/NATIONAL UNION FIRE adv. CRUSOS | 11/08/02 DEP. |
| 01-EXT-487-D | 10/21/02 | HERMES v. BERTRANDO | 02/05/03 DEP. |
| 01-EXT-493-D | 02/05/03 | NASH v. NEVADA YELLOW CAB CORP. | 02/28/05 DEP 03/24/03 TEST. |

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that on the 9th day of June, 2003, I caused to be served a true and correct copy of the DISCLOSURE OF REBUTTAL EXPERT WITNESS by:

[ X ] Mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Law Offices of Laxalt & Nomura, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

[   ] Personal delivery by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

[   ] Facsimile on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

[   ] Federal Express or other overnight delivery.

[   ] Reno/Carson Messenger Service

addressed as follows:

Peter D. Durney
Durney & Brennan, Ltd.
691 Sierra Rose Drive, Suite A
Reno, NV 89511
*Attorneys for Plaintiff*

R. Scott Baker
Badger & Baker
312 W. Third Street
Carson City, NV 89703
*Attorneys for Plaintiff*

Wayne A. Shaffer, Esq.
419 Flint Street
Reno, NV 89501
*Attorneys for Defendant Omni Distribution, Inc.*

Robert D. Meyers, Esq.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
*Attorneys for Defendant Omni Distribution, Inc.*

An employee of Laxalt & Nomura, Ltd.