IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

Linda Hilton and Cary L. Hilton,

         Plaintiffs,

  -vs-

Omni Distribution, Inc., a
Tennessee corporation; et al,

         Defendants.

NO. CV-N-01-629-HDM(RAM)
United States District Court
400 S. Virginia Street
Reno, Nevada 89501
November 21, 2003

COPY

TRANSCRIPT OF MOTION NUMBERS 60 AND 61

BEFORE THE HONORABLE HOWARD D. McKIBBEN

UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:              Peter D. Durney
                                      R. Scott Baker
                                      Attorneys at Law

FOR THE DEFENDANT:            Robert A. Dotson
                                      Ronetta Clark
                                      Attorneys at Law

Proceedings recorded by mechanical stenography produced by computer-aided transcript

OFFICIAL COURT REPORTER:      KATHRYN M. FRENCH, RPR
                                      NEVADA LICENSE NO. 392
                                      CALIFORNIA LICENSE NO. 8536

PLACED UNDER SEPARATE COVER

KATHRYN M. FRENCH, C.C.R.
(702) 786-5584