

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDA S. HILTON and CARY L. HILTON, | Case No. CV-N-01-0629-HDM-RAM |
| Plaintiffs, | |
| vs. | **DEFAULT JUDGMENT** |
| OMNI DISTRIBUTION, INC., a Tennessee corporation; DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Delaware corporation; ARMOR HOLDINGS, INC., a Florida corporation; DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; XM CORPORATION, a Wyoming corporation; successors in interest to DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; ROBERT L. OLIVER; and SANDRA OLIVER | |
| Defendants. | |
| ARMOR HOLDINGS, INC., a Florida corporation, and DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Delaware corporation; | |
| Cross Claimants, | |
| vs. | |
| OMNI DISTRIBUTION, INC., a Tennessee corporation; DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; XM CORPORATION, a Wyoming corporation; successors in interest to DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; ROBERT L. OLIVER; and SANDRA OLIVER, | |
| Cross Defendants. | |



An application having been duly made by Defendants, DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Delaware corporation; and ARMOR HOLDINGS, INC., a Florida corporation for a Judgment by Default against Defendants, OMNI DISTRIBUTION, INC., a Tennessee corporation; DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; XM CORPORATION, a Wyoming corporation; successors in interest to DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; ROBERT L. OLIVER; and SANDRA OLIVER, and the Default of the Defendants having been entered for failure to answer or otherwise defend against Defendants Cross-Claim, and it appearing that the Defendants are not in the military service of the United States and are not infants or incompetent persons, and good cause appearing thereof,

IT IS ORDERED that Defendants, DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Delaware corporation; and ARMOR HOLDINGS, INC., a Florida corporation recover of and from Defendants, OMNI DISTRIBUTION, INC., a Tennessee corporation; DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; XM CORPORATION, a Wyoming corporation; successors in interest to DEFENSE TECHNOLOGY CORPORATION OF AMERICA, a Wyoming corporation; ROBERT L. OLIVER; and SANDRA OLIVER, as follows:

The principal sum of $1,000,000, together with interest accruing on the principal amount at the legal rate from the date of Entry of Default until paid in full, costs of suit in the amount of $ 22,073 and attorney's fees in the amount of $_____.

DATED this 18 day of May, 2004.

_____
DISTRICT COURT JUDGE